*Jessa July 3, 2025*

| | |
|---|---|
| From: | Lisabeth Saxton <lisabethsaxton@gmail.com> |
| Sent: | Wednesday, July 2, 2025 7:52 PM |
| To: | legalmail |
| Subject: | For [Jessica Abreu] Release Jessica Amanda El from unlawful imprisonment. Reunite her with her children. |

Thomas Jefferson enunciated the basic principle of public service: "When a man assumes a public trust, he should consider himself as public property." This sentiment has been expressed by numerous others, over time becoming the familiar principle "Public service is a public trust." To ensure public confidence in the integrity of the Federal Government, Executive Order 12674 (as amended) forms the framework for the ethical behavior required and expected of all Federal employees. As a condition of public service, you are expected to adhere to these fundamental principles of ethical behavior:

Public service is a public trust, requiring you to place loyalty to the Constitution, the laws, and ethical principles above private gain.

You shall endeavor to avoid any actions creating the appearance that you are violating the law, the Standards of Ethical Conduct for Employees of the Executive Branch (5 C.F.R. part 2635), the DOI supplemental ethics regulation (5 C.F.R. part 3501), or Executive Order 12674.

Good day, Fiduciary Sara Miron Bloom, acting U.S. Attorney for the District of Rhode Island

Jessica Amanda El is being unlawfully imprisoned. The case or controversy has a name listed as Jessica Abreu.
Unlawful held at the Donald Wyatt detention is Jessica Amanda El.
The Fourteen General Principles demands the Fiduciaries to obey the Constitution Laws and ethical principles above private gain. Job security does not require the incarceration of Jessica Amanda El.
With no verdict of guilt; consent to proceed; standing to sue; nor jurisdiction the justification for unlawful imprisonment has no grounds The Constitution of the United States of America; forbids the public Fiduciary from imprisoning a Sui Generis American Indian.

**We the House of Moore bloodline for Jessica Amanda El, American Indian are seeking/demanding her release and return of offspring/heirs due to but not limited too the Crimes Involving Moral Turpitude.**

The harm the children have been exposed to caused by the Fiduciaries working for the United States are Crimes Involving Moral Turpitude breaching the U.S. States Fiduciary Obligation of the highest trust and confidence including but not limited to:

Fraud-e.g. Probation officers using a computer font#  to pass as actual/literal signature. - Nulling the agreement.

1

Breach of care; Unconscionable conditions listed in the pre trial diversion agreement. Separating the true and lawful victims, the Children and Jessica Amanda El.

Breach of loyalty; the lack of due diligence to gather all the reports, conducting a full investigation before creating a sham legal process breaching the Fiduciary obligation pledged by the United States and Honour of the Crown.

Breach of peace; using the full force of the United States to extort and extract Jessica's from her home, with no warrant, no default judgment no lawful reasoning to extort the father in law threatening, maliciously forcing him to open the door. The covering of ring cameras to hide the faces of Fiduciaries in their role as public servants, breach the peace all have sworn to protect.

**We the House of Moore bloodline for Jessica Amanda El, American Indian are seeking/demanding her release and return of offspring/heirs due to but not limited too the Crimes Involving Moral Turpitude.**

The basic mission United States Attorney's Office for the District of Rhode Island. "to seek justice on behalf of every citizen of our state, by impartially enforcing federal law to protect the public safety and the public interest." Isnt being executed on behalf of Jessica Amanda El.
The children and She have had no protection from the abuser. Since 2021, when North Smith Police Department failed to due a proper investigation for sexual abuse against the daughter.
With a proper investigation is needed/demanded the Fiduciaries at the F.B.I. specifically Lise George, should/would have seen the police report on behalf of the daughter, including the consent form notorized by the Vinicius, which he agreed it is for the children to be with their mother is best.

**We the House of Moore bloodline for Jessica Amanda El, American Indian are seeking/demanding her release and return of offspring/heirs due to but not limited too the Crimes Involving Moral Turpitude.**

Attached is the email confirmation and notarized parental consent form for international travel that Vinicius the Father, sent to Jessica. Showing not only his agreement and his comprehension that it would be better for the children." The children will be safe with Jessica. This is a way to find a better structure and foundation for our children."
Also enclosed is the evidence of fraudulent autographs used by the Fiduciaries Christine Lowell; John G. Marshall; Christina Woishnis whos signature is used for David Picozzi(was he or she present during the signing.)See pages 2,3 and 8.

These evidences of violations, abuse, breach, is clearly inconsistent with the mission and obligation of Rhode Island and The United States to the American Indian, Jessica Amanda El.

**We the House of Moore bloodline for Jessica Amanda El, American Indian are seeking/demanding her release and return of offspring/heirs due to but not limited too the Crimes Involving Moral Turpitude.**

*Jessica Amanda El   Jess✱   July 3, 2025*
*American Indian/Creditor/Beneficiary*
*All Rights Invoked*

2