| | |
|---|---|
| From: | Clara Carmona <CCarmona@wyattdetention.com> |
| Sent: | Thursday, July 3, 2025 12:14 PM |
| To: | Ftcaclaim@opm.gov; usmstortclaims@usdoj.gov; RID_ECF_INTAKE; lauren.bach@usdoj.gov; christine.lowell@usdoj.gov; Usari-ECFJ&CSOR; caseview.ecf_usdoj.gov; caseview.ecf_usdoj.gov |
| Cc: | Clara Carmona |
| Subject: | Fw: Abreu, Jessica (SID#18117-511) |
| Attachments: | Xerox Scan_07032025121127.pdf |
| Categories: | Being Worked on CH |

**CAUTION - EXTERNAL:**

Good afternoon,

Please see attached documents being submitted on behalf of your client.

Thank you,

**Respectfully**
**Counselor C. Carmona**
**Wyatt Detention Facility Corp.**
**Central Falls, RI 02863**
**401-729-1190**

---

**From:** scanner
**Sent:** Thursday, July 3, 2025 12:14 PM
**To:** Clara Carmona
**Subject:** Xerox Scan

Please open the scanned attachment

Number of Images: 40
Attachment File Type: PDF

Device Name: VersaLink B405
Device Location: Pod I Counselor

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.